UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8056-CAS (PLAx) | | Date | August 3, 2012 |
|----------|------------------------|---|------|----------------|
| Title | *UNITED FABRICS INTERNATIONAL, INC v. ALYN PAIGE INC; ET AL* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|------------------------|-------------------------------------------|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|------------------------------------|-----------------------------------|
| Not Present | Not Present |

**Proceedings:**          (IN CHAMBERS)

On April 4, 2012, plaintiff filed a Request for Clerk to Enter Default against Defendant DESIGN COLLECTION, INC., in response to this Court's March 26, 2012 Order to Show Cause minute order.  On April 11, 2012, the Court issued a Notice of Deficiency Default/Default Judgment informing plaintiff that the Proof of Service was lacking required information.

The Court hereby extends the Order that **PLAINTIFF** show cause in writing not later than **August 20, 2012** why this action should not be dismissed for lack of prosecution **as to defendant DESIGN COLLECTION, INC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)      Plaintiff's filing of a corrected Proof of Service as to **defendant DESIGN COLLECTION, INC.** and renewed application for the clerk to enter default judgment on **defendant DESIGN COLLECTION, INC.**, or plaintiff's filing of a motion for entry of default judgment on **defendant DESIGN COLLECTION, INC.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|----|---|----|
| Initials of Preparer | | CMJ | |